UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DALE FARLEY,<br><br>          Plaintiff,<br><br>     v.<br><br>V. RASO, Chief Deputy Warden;<br>et al.,<br><br>          Defendants.<br>_____/ | No. C 13-2882 SI (pr)<br><br>**ORDER EXTENDING DEADLINES** |

    Defendants have filed an *ex parte* request for an extension of time to file a dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney Trace Maiorino, the court GRANTS the request. (Docket # 13.) The court now sets the following new briefing schedule for dispositive motions: Defendants must file and serve their dispositive motion no later than **December 6, 2013**. Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **January 10, 2014**. Defendants must file and serve their reply brief (if any) no later than **January 24, 2014**.

    IT IS SO ORDERED.

Dated: October 7, 2013

                                                                                   _____
                                                                                     SUSAN ILLSTON
                                                              United States District Judge