**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4
5
6
7
8   ANTHONY DALE FARLEY,                         No. C 13-2882 SI (pr)

9            Plaintiff,                          **ORDER EXTENDING DEADLINES**

10           v.

11  V. RASO, Chief Deputy Warden;
    et al.,
12
              Defendants.
13  _____/

14

15       Defendants have filed an *ex parte* request for an extension of time to file a dispositive

16  motion.  Upon due consideration of the request and the accompanying declaration of attorney

17  Trace Maiorino, the court GRANTS the request.  (Docket # 13.)  The court now sets the

18  following new briefing schedule for dispositive motions:  Defendants must file and serve their

19  dispositive motion no later than **December 6, 2013**.  Plaintiff must file and serve on defense

20  counsel his opposition to the dispositive motion no later than **January 10, 2014**.  Defendants

21  must file and serve their reply brief (if any) no later than **January 24, 2014**.

22       IT IS SO ORDERED.

23  Dated: October 7, 2013                       _____

24                                               SUSAN ILLSTON
                                                 United States District Judge
25
26
27
28