UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DALE FARLEY, | No. C 13-2882 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| V. RASO; et al., | |
| Defendants. | |

Judgment is entered in all defendants' favor and against plaintiff.

IT IS SO ORDERED AND ADJUDGED.

Dated: May 12, 2014

_____
SUSAN ILLSTON
United States District Judge